**FILED IN THE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**
Dec 01, 2020, 9:58 am
Michelle Rynne, Clerk of Court

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

ETHAN B. MURPHY
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  ethan.murphy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | PO NO.: 20-00192 RT |
| | ) | INFORMATION |
| Plaintiff, | ) | |
| | ) | 40 U.S.C.1315(c); |
| vs. | ) | 32 C.F.R. 634.25(f), |
| | ) | H.R.S. § 431:10C-104 |
| NATHANIEL M. SMITH, | ) | |
| | ) | Citation No.:  E1066200/H-19 |
| Defendant. | ) | |
| | ) | A & P Date: 8 Dec 2020 |

INFORMATION

The United States Attorney charges that:

On or about September 28, 2020, on Wheeler Army Airfield, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, NATHANIEL M. SMITH, defendant herein, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway without valid insurance.

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED: <u>November 20, 2020</u>, Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By <u>*Ethan B. Murphy*</u>
ETHAN B. MURPHY
Special Assistant U.S. Attorney


Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>U.S. v. NATHANIEL M. SMITH</u>
PO NO.: 20-00192 RT
Citation No.: E1066200/H-19
"INFORMATION"

2